UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

TINA S.[1]                                                                    PLAINTIFF

v.                                                            NO. 3:21-CV-266-CRS

KILOLO KIJAKAZI,
Acting Commissioner of Social Security[2]                    DEFENDANT

## ORDER

This court has reviewed the Report and Recommendation of the United States Magistrate

Judge and conducted a de novo review of those portions of the report to which plaintiff Tina S.

objects, and for the reasons set forth in the Memorandum Opinion entered herein this date, the

objections (DN 25) are **OVERRULED** and the Magistrate Judge's Report and Recommendation

(DN 24) is **ACCEPTED AND ADOPTED IN ITS ENTIRETY** and incorporated by reference

herein.

September 30, 2022

Charles R. Simpson III, Senior Judge
United States District Court

**IT IS SO ORDERED.**

---

[1] Pursuant to General Order 22-05, the Plaintiff in this case is identified and referenced solely be first name and last initial.
[2] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021.  Pursuant to Federal Rules of Civil Procedure 25(d), Kilolo Kijakazi is substituted for Andrew Saul as Defendant in this case.